■ In the Matter of RIVERKEEPER, INC., et al., Respondents, v GENERAL ELECTRIC, Appellant, et al., Respondents. [691 NYS2d

890] —Appeal by General Electric from a judgment of the Supreme Court, Westchester County (DiBlasi, J.), entered April 30, 1998.

Ordered that the judgment is affirmed, with one bill of costs to the petitioners, for reasons stated by Justice DiBlasi at the Supreme Court. O'Brien, J. P., Krausman, Florio and H. Miller, JJ., concur.